IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRACY CARTER                                                                                          PLAINTIFF

v.                                          CIVIL NO. 20-5200

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                          DEFENDANT

## ORDER OF DISMISSAL

This matter was settled during the parties' settlement conference conducted by the undersigned on August 24, 2021, and the parties thereafter consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF No. 18).

IT IS THEREFORE ORDERED that this case be, and it hereby is, DISMISSED WITH PREJUDICE, subject to the terms of the parties' settlement agreement.  The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED on this 3rd day of September 2021.

*/s/   Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE